IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**JUSTIN R. CRANFORD**                                          **PLAINTIFF**

**VERSUS**                                **CIVIL ACTION NO. 1:04cv668LG-JMR**

**GEORGE H. PAYNE, JR., HEALTH
ASSURANCES LIMITED LIABILITY
COMPANY and RITA PARKER**                              **DEFENDANTS**

## JUDGMENT

This matter having came on to be heard on the Motions for Summary Judgment filed by the Defendants. The Court, after a full review and consideration of the Defendants' Motions, the pleadings on file and the relevant legal authority, finds that in accord with the memorandum opinion and order entered herewith,

**IT IS ORDERED AND ADJUDGED** that because there is no genuine issue as to any material fact, judgment is rendered in favor of the Defendants pursuant to FED. R. CIV. P. 56. Plaintiff's case against the Defendants is hereby dismissed with prejudice. All remaining pending motions are hereby rendered moot.

**SO ORDERED AND ADJUDGED** this the 30th day of March, 2006.

                                             s/ *Louis Guirola, Jr.*
                                             LOUIS GUIROLA, JR.
                                             UNITED STATES DISTRICT JUDGE